**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**PETER MATHIS, JR.**                                                                              **PETITIONER**

**V.**                                                                              **NO. 3:22-CV-00016-NBB-DAS**

**UNITED STATES OF AMERICA, et al**                                              **RESPONDENT(S)**

**ORDER REQUIRING PETITIONER TO SUBMIT AN AMENDED PETITION**
**ON THE PROPER FORM; ALSO REQUIRING PETITIONER TO EITHER PAY THE**
**FILING FEE OR SUBMIT A MOTION TO PROCEED *IN FORMA PAUPERIS***

   **Peter Mathis, Jr.** has submitted a document that the court construes as a petition for a writ

of *habeas corpus* under 28 U.S.C. § 2241.  The petitioner has not, however, used the court's

standard form for such petitions.  The court uses these forms for the expeditious administration of

*habeas corpus* petitions.

   In addition, the petitioner is required to either pay the filing fee of $5.00 or submit a proper

request to proceed *in forma pauperis.*  Petitioner will be provided the opportunity to submit either

the $5.00 payment of the filing fee or the proper request to proceed *in forma pauperis.*

   Therefore, it is **ORDERED:**

   (1) The petitioner must complete and return the enclosed *habeas corpus* form within 21 days.

   (2) That within 21 days petitioner is directed to either pay the filing fee with a money order
       or a check issued from his prison inmate account or fill out the attached application to
       proceed *in forma pauperis*, complete the authorization for release, and have the
       authorized officer responsible for overseeing his prison account fill out the certificate of
       account, and mail to the Clerk's Office.

   Petitioner is directed to acknowledge receipt of this order by signing the enclosed

acknowledgment form and returning it to the court within 14 days of this date.  Petitioner is also

warned that his failure to comply with the requirements of this order may lead to the dismissal of his

petition for failure to prosecute and for failure to comply with an order of the court.

   This, the 27th day of January, 2022.

                                                         /s/ David A. Sanders
                                                         **UNITED STATES MAGISTRATE JUDGE**